UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: 05-10361-PBS

Aaron Barrows
Petitioner

v.

United States of America
Respondent


ORDER

SARIS, D.J.


      Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody is hereby served upon the office of the United States Attorney.

      The Respondent shall, within 20 days of the receipt of this Order, file and answer (or other proper responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

      The Petitioner shall, within 30 days of the receipt of the Respondent's responsive pleading, file a reply to the responsive pleading.


                                                                    By the Court,


                                                                  /s/ Robert C. Alba
                                                                  Deputy Clerk


March 1, 2005