SCANNED
DATE: 3 2-05
BY: CMG

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, suite 2300
Boston, Ma    02210-2300

FILED
IN CLERKS OFFICE     2/23/05
2005 FEB 28  P 2:27
U.S. DISTRICT COURT
DISTRICT OF MASS.

Aaron Barrows
FCI McKean
PO Box 8000
Bradford PA 16701

To Clerk of Court
Re Motion for Traverse    case # 00-10331-PBS

Due to the entire prison population being on lock down status, I would like an extention of time to respond to the Gouerment's responce to Barrows 28 USC 2255 motion.

Thank You

cc file
enclosures   memorandum  At FCI McKean

Aaron Barrows