United States District Court
District of Massachusetts Boston

**United States of America**
v.
**Aaron Barrows**

Criminal
No. 05-CV 10361



Motion for Waiver for Electronic Case Filing

Now comes Aaron Barrows, pro se, respectfully request this Honorable Court to allow defendant to not be bound by this court to use its Electronic Case Filing procedure.

1. Defendant does not have access to the World Wide Web.

2. At the time of this motion, the entire prison population at F.C.I. McKean is on lockdown status.

3. Defendant has no access to inmate Law library.

Respectfully submitted,

Aaron Barrows

Cc: file

Aaron Barrows
23282-038
FCI McKean
PO Box 8000
Bradford, PA 16701