United States District Court
District of Massachusetts Boston

**United States of America**
v.
**Aaron Barrows**

Criminal
No. 05-CV 10361
(PBS)



## Motion for Appointment of Counsel

Now comes the defendant Aaron Barrows, pro se, respectfully request this Honorable Court to appoint counsel for the indigent defendant in this case, pursuant to criminal litigants and Federal statue.

The reasons for appointment of Counsel:

1. Defendant is not able to afford counsel and the issues involved in this case are complex.

2. On or about February 22, 2005, F.C.I. McKean has been on lockdown status. The entire prison population is locked in their housing units with no access to the law library.

3. Prior to such lockdown, the prison limits the hours that the Defendant may have access to the library and the law material contained in the library is very limited.

4. Defendant has very limited knowledge of the law.

5. Defendant is a lay individual without formal training in numerous facts of the law.

6. Defendant has made many attempts, by writing letters to numerous lawyers, legal aid services, to help represent the Defendant on the issues at hand and to defend the Defendant's legal rights.

7. The Supreme Court and many lower courts have uniformly agreed that the Court must assure the indigent Defendant an adequate opportunity to present his claim fairly.

8. The Defendant has been informed by several lawyers that the case has strong merit as well as procedural, constitutional and jurisdictional defects in the current case.

Wherefore, Defendant respectfully requests that this Honorable Court will appoint adequate Counsel for the above stated reasons. Defendant has brought to the attention of this Honorable Court, that the Defendant is not a lawyer or any type of Bar associate member. Wherefore the appointment of counsel would greatly help the Defendant uphold the order granted on March 1, 2005 to respond to the Government's reply. Defendant does not have the proper chance to file an adequate Traverse in this case due to the current state of the inmate population in F.C.I McKean.

United States District Court
District of Massachusetts Boston

Respectfully submitted,

*Aaron Barrows*

Cc: file

Aaron Barrows
23282-038
FCI McKean
PO Box 8000
Bradford, PA 16701
03/21/05