**United States District Court**
**District of Massachusetts – Boston**

**Aaron Barrows**    )    Case No. 00-10331-PBS
**Petitioner,**    )
v.    )
**United States of America**    )
**Respondent**    )

Now comes Aaron Barrows (petitioner) in the above mentioned titled and captioned case. This motion under 18 § 3582 (c) (2) before this Honorable Judge.

1. Jurisdiction of this U.S.S.G. 18 § 3582 is properly vested in this court before Honorable Judge P. Saris.

2. The extraordinary circumstances in which U.S.S.G. 18 § 3582 of this motion are met in the case at hand.

3. The issues that this Petitioner wishes to assert are violations of Barrows' 5th and 6th Amendments as well as this Petitioner's Ex Post Facto clause.

Wherefore the foregoing reasons this Petitioner asks this Honorable Judge/Court to allow a U.S.S.G. 18 § 3582 motion review and have the violations of his Constitutional rights and jurisdictional defects that pertain therein corrected, in hope that justice will be served in this case.

Page 2 of 2

Respectfully Submitted,

*[signature: Aaron Barrows]*

Aaron Barrows, Petitioner
FCI McKean
P.O. Box 8000
Bradford, PA 16701