Aaron Barrows
F.C.I. McKean
P.C. Box 8000
Bradford, PA 16701
(23282-038)

November 20, 2005

United States District Court
Office of the Clerk
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

To: Clerk of Court
Re: Motion to reduce sentence (case no. 00-10331- PBS])

Dear Clerk,

        I am writting in regards of my Motion to Reduce Sentence under U.S.S.G.
18 - §3582 (c)(2). This office was sent one original and (2) two copies of motion
and memorandum via U.S. Postal Service certified mail return receipt. I was hoping
to find out the status or order from this Honorable Court. As well as a docket
entry and all orders from case no. 0010331-(PBS) as well as 1:05-CV-10361 (PBS).
Thank you for your time and consideration in this matter.

Respectfully Submitted,

Aaron Barrows

F.C.I. McKean
P.O. Box 8000
Bradford, PA 16701
(23282-038)

cc: File