## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AARON BARROWS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 05-10361-PBS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America in the above captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                 By:    */s/ Lisa M. Asiaf*
Date: February 17, 2006                 LISA M. ASIAF
                                        Assistant U.S. Attorney
                                        Tel: (617) 748-3268


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 17, 2006.

                                        */s/ Lisa M. Asiaf*
                                        LISA M. ASIAF
                                        Assistant U.S. Attorney