AARON BARROWS
FCI McKEAN
P.O. BOX 8000
BRADFORD, PA 17601
#23282-038

2/13/06

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
ONE COURTHOUSE WAY SUITE 2300
BOSTON, MA 02210

Re: Judges' Order

On or about December 19, 2005 the Honorable DJ Patti B. Saris ordered the government thirty (30) days to respond to motion under U.S.S.G. 18§3582 filed by Aaron Barrows. The government has not responded nor has the government ask this Honorable court for an extention of time. That would make the government in direct violation of court order. As well as a violation of the petitioner's due process of the law.

Respectfully Submitted,

Aaron Barrows

cc file

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Patch, Christine entered on 12/19/2005 at 3:45 PM EST and filed on 12/19/2005
Case Name: Barrows v. United States of America
Case Number: 1:05-cv-10361
Filer:
Document Number:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re [9] MOTION under U.S.S.G. 18 3582 filed by Aaron Barrows. "The government shall respond in 30 days."(Patch, Christine)

The following document(s) are associated with this transaction:

1:05-cv-10361 Notice will be electronically mailed to:

1:05-cv-10361 Notice will not be electronically mailed to:

Aaron Barrows
23282-038
FCI McKean
P.O. Box 8000
Bradford, PA 16701

COPY