United States District Court
District Court of Massachusetts (Boston)

FILED
CLERKS OFFICE
2006 APR -3 P 3: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

United States Of America

No. 05-CV-10361 PBS

v

Aaron Barrows

## Motion for Appointment of Counsel

Now comes the defendant Aaron Barrows, Pro se, respctfully request this Honorable Court to appoint counsel for the indigent defendant in this case, pursuant to criminal litigations and Federal statue.

The reasons for request
1. Defendant is not able to afford counsel and issuses involed in this case are complex.
2. On or about March 3 the A.U.S.A.'s reply was for this court to possiably re-sentence the Defendant under the appriopate guideline range.
3. Defendant has very limited knowledge of the law.
4. The Supreme Court and many lower courts have uniformly agreed that the Court must assure the indigent Defendant an adequent opportunity to present his claim fairly.

Wherefore, Defendant Barrows respectfully request that this Honorable Court appoint adequate counsel for the above stated reasons.

    Defendant has brought to the attention of this Honorable Court, that the Defendant is not a lawyer or any type of Bar associate member. Wherefore the appointment of counsel would greatly help the Defendant bring closure to this current case.

 

Respectfully Submitted

*[signature: Aaron Barrows]*

Aaron Barrows

F.C.I. McKean
Po Box 8000
Bradford, PA 16701
(23282038)

cc: file

I swear under the pentalty of perjury that the undersi-signed put this affividavid of servie in the Prison mailbox at F.C.I. McKean on this 31st day of March 2006. Which is recored by the prision officials.

Respectfully Submitted

Aaron Barrows
F.C.I. McKean
Po Box 8000
Bradford PA 16701
(23282-038)

cc:file