United states District Court

John J. Moakly Courthouse

One Courthouse Way Suite 2300

Boston, Ma 02210

C/o CLerk of Court

FILED
IN CLERKS OFFICE

2006 APR 17 P 1: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

Aaron Barrows

Fci Mckean

Bradford, Pa 16701

#23282-038

CA 05-10361 PBS

Dear Clerk

On or about march 3rd of 2006. I was mailed the goverments responce to my 28 u.s.c.2255. I was enquiring about any orders) since that date. I also sent a motion for counsel to bring this matter to close. I was hoping if I have any date on docket, could you please let me know. please send an update docket entry.

Thank you

*[signature: Aaron Barrows]*

cc/file