Aaron Barrows
FCI McKean
P.O. Box 8000
Bradford PA 16701
(23282-038)

FILED
IN CLERKS OFFICE
2006 MAY -5  A 11: 38   5/2/06
U.S. DISTRICT COURT
DISTRICT OF MASS

John Moakley Courthouse
One Courthouse Way  suite 2300
Boston Ma
c/o Clerk of Court
    Mr. Alba

Dear Mr. Alba,

    I would like to know if there would be some type of review on my present case 05-10361 (PBS). The governments responce made me think that it will be a possible issue for resentence. Or an evidentiary hearing. If such hearing/resentencing is scheduled or will be could you please let this party know in advance. That way I could properly be prepared for such event. I couldn't understand Honorable Judges Saris reasoning for not appointment of counsel when there could be a possible resentence issue. Thank you for your time and effort towards this inquiry.

cc: file

                                                      Aaron Barrows